Eric Bock, Appellee, v. Felix Jablonski et al., Defendants.
Appeal of Felix Jablonski, Appellant.

Gen. No. 43,560.

opinion filed June 26, 1946; released for publication August 19, 1946. G. A. Buresh, Charles D. Callahan and Joseph D. Irose, for appellant; G. A. Buresh, of counsel; A. C. Lewis, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.